**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-00869-CMA-MJW

KHAMPIANE KEODONEXAY,

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts company,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the Joint Stipulation for Dismissal With Prejudice (Doc. # 27), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

DATED: July  25 , 2014

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge